IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EDWARD JUNIOR,                              :

    Plaintiff,                              :

vs.                                                      :        CIVIL ACTION 05-0166-CG-D

GREGORY OUTLAW, COI,              :

    Defendant.                           :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 13th day of January, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE