IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EDWARD JUNIOR,** | : |
|     **Plaintiff,** | : |
| **vs.** | :   **CIVIL ACTION 05-0166-CG-D** |
| **GREGORY OUTLAW, COI,** | : |
|     **Defendant.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 13th day of January, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE